1  STROOCK & STROOCK & LAVAN LLP
   JULIA B. STRICKLAND (State Bar No. 83013)
2  MARCOS D. SASSO (State Bar No. 228905)
   A.R. KACHADOORIAN (State Bar No. 240601)
3  2029 Century Park East, Suite 16
   Los Angeles, CA  90067-3086
4  Telephone: 310-556-5800
   Facsimile: 310-556-5959
5  Email:  lacalendar@stroock.com

6  Attorneys for Defendants
     CITICORP CREDIT SERVICES, INC. (USA), and
7    CITICORP

8

9              UNITED STATES DISTRICT COURT

10             CENTRAL DISTRICT OF CALIFORNIA

11

12 | BRUCE RORTY,                            )  **Case No. 2:12-CV-09835-GHK-FFM**
13 |                                          )
   |              Plaintiff,                  )  **NOTICE OF SETTLEMENT**
14 |                                          )
15 |        v.                                )
   |                                          )
16 | CITICORP, a Delaware corporation, and    )
   | DOES 1 through 20,                       )
17 |                                          )
   |              Defendants.                 )
18 |_____)

LA 51616131

TO THE COURT AND ALL PARTIES

**PLEASE TAKE NOTICE THAT** plaintiff Bruce Rorty ("Plaintiff") and defendants Citicorp Credit Services, Inc. (USA) and Citicorp (together, "Defendants") have reached a settlement of all claims in this action. The Stipulation for Dismissal with Prejudice of the entire action will be filed within the next 30 days.

Dated: January 18, 2013

STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND
MARCOS D. SASSO
A.R. KACHADOORIAN

By: _/s/ Marcos D. Sasso_
Marcos D. Sasso

Attorneys for Defendants
CITICORP CREDIT SERVICES, INC. (USA) and CITICORP

LA 51616131

- 1 -

# PROOF OF SERVICE

STATE OF CALIFORNIA  )
                     ) ss
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California, over the age of eighteen years, and not a party to the within action. My business address is: 2029 Century Park East, Suite 1800, Los Angeles, California 90067-3086.

On January 18, 2013, I served the foregoing document(s) described as:

**NOTICE OF SETTLEMENT** on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

> Bruce Rorty
> 1715 Via El Prado, Suite 744
> Redondo Beach, California 90277

☐ **(VIA PERSONAL SERVICE)** By causing to be delivered the document(s) listed above to the person(s) at the address(es) set forth above.

☒ **(VIA U.S. MAIL)** In accordance with the regular mailing collection and processing practices of this office, with which I am readily familiar, by means of which mail is deposited with the United States Postal Service at Los Angeles, California that same day in the ordinary course of business, I deposited such sealed envelope, with postage thereon fully prepaid, for collection and mailing on this same date following ordinary business practices, addressed as set forth below.

☐ **(VIA FACSIMILE)** By causing such document to be delivered to the office of the addressee via facsimile.

☐ **(VIA OVERNIGHT DELIVERY)** By causing such envelope to be delivered to the office of the addressee(s) at the address(es) set forth above by overnight delivery via Federal Express or by a similar overnight delivery service.

I declare that I am employed in the office of a member of the bar of this court whose direction the service was made.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on January 18, 2013 at Los Angeles, California.

```
    Lori A. Reed                      [Signature]
[Type or Print Name]
```

PROOF OF SERVICE

LA 51605451