| | |
|---|---|
| 1 | STROOCK & STROOCK & LAVAN LLP |
| 2 | JULIA B. STRICKLAND (State Bar No. 83013)<br>MARCOS D. SASSO (State Bar No. 228905) |
| 3 | A.R. KACHADOORIAN (State Bar No. 240601)<br>2029 Century Park East, Suite 16 |
| 4 | Los Angeles, CA  90067-3086<br>Telephone: 310-556-5800 |
| 5 | Facsimile: 310-556-5959<br>Email:  lacalendar@stroock.com |
| 6 | Attorneys for Defendant |
| 7 |   CITICORP CREDIT SERVICES, INC. (USA)<br>  and CITICORP |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

| | |
|---|---|
| BRUCE RORTY,<br><br>          Plaintiff,<br><br>    v.<br><br>CITICORP, a Delaware corporation, and DOES 1 through 20,<br><br>          Defendants. | **Case No. 2:12-CV-09835-FMO-FFMx**<br><br>[Assigned to the Honorable Fernando M. Olguin]<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>F.R.C.P. 41(a)(1)(A)(ii) |

LA 51619206

# ORDER

Pursuant to the parties' Stipulation of Dismissal with Prejudice, **IT IS HEREBY ORDERED** that:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this entire action is dismissed WITH PREJUDICE as to all claims asserted by Plaintiff Bruce Rorty against Defendants Citicorp Credit Services, Inc. (USA) and Citicorp, and both parties shall bear their own attorneys' fees and costs as to the dismissed claims.

**IT IS SO ORDERED**.

Dated: January 28, 2013

/s/
Hon. Fernando M. Olguin
United States District Judge

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

LA 51619206

- 1 -